ORDER
Motion Granted
s/Sean F. Cox
U. S. District Judge
Sitting by Special Designation
Dated: August 1, 2017

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 3:14-cr-00200** |
| | ) | **Chief Judge Sharp** |
| | ) | |
| **QUINTON LEAVELL** | ) | |

## MOTION FOR LEAVE TO JOIN RALPHAEL LEAVELL'S
## MOTION TO DISMISS INDICTMENT, DOCKET ENTRY #202

The defendant, Quinton Leavell, through his counsel, respectfully requests leave of Court to join in Ralphael Leavell's Motion to Dismiss Indictment, Docket Entry # 202. Defendant Quinton Leavell seeks to adopt the Motion to Dismiss and supporting memorandum of law as his own.

In support thereof, defendant says that the granting of this motion for leave of Court to join in the Motion to Dismiss Indictment will not detract from the ability of the Court to move this case forward to trial on its current timetable.

WHEREFORE, Quinton Leavell respectfully requests Leave of Court to join in Ralphael Leavell's Motion to Dismiss Indictment.

    Respectfully submitted,

    *s/ William I. Shockley*
    4505 Harding Road, Ste. 126
    Nashville, Tennessee 37205
    (615) 497-8550
    <sub>m leave 2 join M to Dismiss</sub>

    *s/ Christopher Adams*
    102 Broad Street
    Suite C
    Charleston, S.C. 29401

    *Counsel for Defendant Quinton Leavell*